ANDREW C. GREEN, ESQ.
Nevada Bar No. 9399
KOELLER NEBEKER CARLSON
 & HALUCK, LLP
300 S. 4th Street, Suite 500
Las Vegas, NV 89101
Phone: (702) 853-5500
Fax: (702) 853-5599
*Andrew.green@knchlaw.com*
Attorneys for Defendants,
LM GENERAL INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LINDA KINCHERLOW, an individual, | CASE NO.: 2:21-cv-01369-JCM-NJK |
| Plaintiff, | **STIPULATION AND ORDER TO DISMISS COMPLAINT WITH PREJUDICE** |
| vs. | |
| LM GENERAL INSURANCE COMPANY, an insurance company; DOES 1 through 10; ROE CORPORATIONS 11 through 20; and ABC LIMITED LIABILITY COMPANIES 21 through 30, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between, Defendant, LM GENERAL INSURANCE COMPANY (hereinafter "Defendant"), by and through its counsel of record, Andrew C. Green, Esq. of the law firm of KOELLER, NEBEKER, CARLSON & HALUCK, LLP and LINDA KINCHERLOW, by and through her counsels of record, Brian D. Nettles, Esq., Christian M. Morris, Esq. and Victoria R. Allan, Esq., of NETTLES MORRIS,

///
///
///
///
///
///
///
///

1  that Plaintiff hereby dismisses her Complaint and claims against Defendant, LM GENERAL
2  INSURANCE COMPANY, with prejudice, each party to bear their own fees and costs.

3  DATED this 19th day of October, 2022.        DATED this _____ day of October, 2022.

4  KOELLER NEBEKER CARLSON                     NETTLES MORRIS
   & HALUCK, LLP

6  By:   /s/Andrew C. Green                    By: _____
       ANDREW C. GREEN, ESQ.                       BRIAN D. NETTLES, ESQ.
       Nevada Bar No. 9399                         Nevada Bar No. 7462
7      300 S. 4th Street, Suite 500                CHRISTIAN M. MORRIS, ESQ.
       Las Vegas, NV 89101                         Nevada Bar No. 11218
8      Attorneys for Defendants,                   VICTORIA R. ALLEN, ESQ.
       LM GENERAL INSURANCE                        Nevada Bar No. 15005
9      COMPANY                                     1389 Galleria Drive, Suite 200
                                                   Henderson, NV 89014
10                                                 Attorneys for Plaintiff,
                                                   LINDA KINCHERLOW

## ORDER

**IT IS SO ORDERED.**

_____
U.S. DISTRICT COURT JUDGE

17  Respectfully Submitted by:

18  KOELLER, NEBEKER, CARLSON
    & HALUCK, LLP

    By:   /s/Andrew C. Green
20        ANDREW C. GREEN, ESQ.
          Nevada Bar No. 9399
21        300 S. 4th Street, Suite 500
          Las Vegas, NV 89101
22        Attorneys for Defendants,
          LM GENERAL INSURANCE COMPANY

1  that Plaintiff hereby dismisses her Complaint and claims against Defendant, LM GENERAL
2  INSURANCE COMPANY, with prejudice, each party to bear their own fees and costs.

3  DATED this _____ day of October, 2022.    DATED this __19th__ day of October, 2022.

4  KOELLER NEBEKER CARLSON              NETTLES MORRIS
   & HALUCK, LLP

5
   By: _____            By: _____
6      ANDREW C. GREEN, ESQ.                BRIAN D. NETTLES, ESQ.
       Nevada Bar No. 9399                  Nevada Bar No. 7462
7      300 S. 4th Street, Suite 500         CHRISTIAN M. MORRIS, ESQ.
       Las Vegas, NV 89101                  Nevada Bar No. 11218
8      Attorneys for Defendants,            VICTORIA R. ALLEN, ESQ.
       LM GENERAL INSURANCE                 Nevada Bar No. 15005
9      COMPANY                              1389 Galleria Drive, Suite 200
                                            Henderson, NV 89014
10                                          Attorneys for Plaintiff,
                                            LINDA KINCHERLOW
11
                                    **ORDER**
12
       **IT IS SO ORDERED** October 24, 2022.
13

14
                                    _____
15                                  U.S. DISTRICT COURT JUDGE

16

17  Respectfully Submitted by:

18  KOELLER, NEBEKER, CARLSON
    & HALUCK, LLP
19
    By: _____
20      ANDREW C. GREEN, ESQ.
        Nevada Bar No. 9399
21      300 S. 4th Street, Suite 500
        Las Vegas, NV 89101
22      Attorneys for Defendants,
        LM GENERAL INSURANCE COMPANY
23

24

25

26

27

28